

James M. Graziano

jgraziano@archerlaw.com
856-354-3090 Direct
856-673-7090 Direct Fax

Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

December 31, 2018

**Via CM/ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 341
402 E. State Street
Trenton, NJ 08608

    RE:    **PennEast Pipeline Cases on attached Exhibit A**

Dear Judge Martinotti:

    Consistent with Your Honor's Order of December 14, 2018, attached please find revised, case-specific forms of order for the matters on the attached Exhibit A.

                                    Respectfully submitted,

                                      */s/ James M. Graziano*

                                    JAMES M. GRAZIANO

JMG/mlb
cc:    All counsel of record via CM/ECF
        All unrepresented parties via regular mail
215725072v1

## EXHIBIT A

| | | |
|---|---|---|
| 3:18-cv-1585-BRM-DEA | 3:18-cv-1748-BRM-DEA | 3:18-cv-1937-BRM-DEA |
| 3:18-cv-1588-BRM-DEA | 3:18-cv-1750-BRM-DEA | 3:18-cv-1938-BRM-DEA |
| 3:18-cv-1590-BRM-DEA | 3:18-cv-1754-BRM-DEA | 3:18-cv-1942-BRM-DEA |
| 3:18-cv-1597-BRM-DEA | 3:18-cv-1756-BRM-DEA | 3:18-cv-1951-BRM-DEA |
| 3:18-cv-1603-BRM-DEA | 3:18-cv-1757-BRM-DEA | 3:18-cv-1973-BRM-DEA |
| 3:18-cv-1609-BRM-DEA | 3:18-cv-1759-BRM-DEA | 3:18-cv-1974-BRM-DEA |
| 3:18-cv-1613-BRM-DEA | 3:18-cv-1763-BRM-DEA | 3:18-cv-1976-BRM-DEA |
| 3:18-cv-1621-BRM-DEA | 3:18-cv-1765-BRM-DEA | 3:18-cv-1983-BRM-DEA |
| 3:18-cv-1624-BRM-DEA | 3:18-cv-1774-BRM-DEA | 3:18-cv-1986-BRM-DEA |
| 3:18-cv-1638 BRM-DEA | 3:18-cv-1776-BRM-DEA | 3:18-cv-1989-BRM-DEA |
| 3:18-cv-1641-BRM-DEA | 3:18-cv-1778-BRM-DEA | 3:18-cv-1990-BRM-DEA |
| 3:18-cv-1643-BRM-DEA | 3:18-cv-1779-BRM-DEA | 3:18-cv-1991-BRM-DEA |
| 3:18-cv-1646-BRM-DEA | 3:18-cv-1798-BRM-DEA | 3:18-cv-1995-BRM-DEA |
| 3:18-cv-1648-BRM-DEA | 3:18-cv-1801-BRM-DEA | 3:18-cv-1996-BRM-DEA |
| 3:18-cv-1654-BRM-DEA | 3:18-cv-1802-BRM-DEA | 3:18-cv-1997-BRM-DEA |
| 3:18-cv-1656-BRM-DEA | 3:18-cv-1806-BRM-DEA | 3:18-cv-1998-BRM-DEA |
| 3:18-cv-1658-BRM-DEA | 3:18-cv-1809-BRM-DEA | 3:18-cv-1999-BRM-DEA |
| 3:18-cv-1660-BRM-DEA | 3:18-cv-1811-BRM-DEA | 3:18-cv-2000-BRM-DEA |
| 3:18-cv-1662-BRM-DEA | 3:18-cv-1812-BRM-DEA | 3:18-cv-2001-BRM-DEA |
| 3:18-cv-1665-BRM-DEA | 3:18-cv-1814-BRM-DEA | 3:18-cv-2003-BRM-DEA |
| 3:18-cv-1666-BRM-DEA | 3:18-cv-1816-BRM-DEA | 3:18-cv-2004-BRM-DEA |
| 3:18-cv-1668-BRM-DEA | 3:18-cv-1819-BRM-DEA | 3:18-cv-2014-BRM-DEA |
| 3:18-cv-1669-BRM-DEA | 3:18-cv-1822-BRM-DEA | 3:18-cv-2015-BRM-DEA |
| 3:18-cv-1670-BRM-DEA | 3:18-cv-1832-BRM-DEA | 3:18-cv-2016-BRM-DEA |
| 3:18-cv-1672-BRM-DEA | 3:18-cv-1838-BRM-DEA | 3:18-cv-2020-BRM-DEA |
| 3:18-cv-1673-BRM-DEA | 3:18-cv-1845-BRM-DEA | 3:18-cv-2025-BRM-DEA |
| 3:18-cv-1682-BRM-DEA | 3:18-cv-1846-BRM-DEA | 3:18-cv-2028-BRM-DEA |
| 3:18-cv-1684-BRM-DEA | 3:18-cv-1851-BRM-DEA | 3:18-cv-2031-BRM-DEA |
| 3:18-cv-1689-BRM-DEA | 3:18-cv-1853-BRM-DEA | 3:18-cv-2033-BRM-DEA |
| 3:18-cv-1694-BRM-DEA | 3:18-cv-1855-BRM-DEA | 3:18-cv-2139-BRM-DEA |
| 3:18-cv-1695-BRM-DEA | 3:18-cv-1859-BRM-DEA | 3:18-cv-2508-BRM-DEA |
| 3:18-cv-1697-BRM-DEA | 3:18-cv-1863-BRM-DEA | |
| 3:18-cv-1699-BRM-DEA | 3:18-cv-1866-BRM-DEA | |
| 3:18-cv-1701-BRM-DEA | 3:18-cv-1868-BRM-DEA | |
| 3:18-cv-1706-BRM-DEA | 3:18-cv-1869-BRM-DEA | |
| 3:18-cv-1709-BRM-DEA | 3:18-cv-1874-BRM-DEA | |
| 3:18-cv-1715-BRM-DEA | 3:18-cv-1896-BRM-DEA | |
| 3:18-cv-1721-BRM-DEA | 3:18-cv-1897-BRM-DEA | |
| 3:18-cv-1722-BRM-DEA | 3:18-cv-1904-BRM-DEA | |
| 3:18-cv-1726-BRM-DEA | 3:18-cv-1905-BRM-DEA | |
| 3:18-cv-1729-BRM-DEA | 3:18-cv-1909-BRM-DEA | |
| 3:18-cv-1731-BRM-DEA | 3:18-cv-1915-BRM-DEA | |
| 3:18-cv-1743-BRM-DEA | 3:18-cv-1918-BRM-DEA | |
| 3:18-cv-1745-BRM-DEA | 3:18-cv-1934-BRM-DEA | |